Dismissed and Memorandum Opinion filed May 17, 2007








Dismissed
and Memorandum Opinion filed May 17, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01145-CV

____________

 

CRAIG F. KNOPP, Appellant

 

V.

 

CITIBANK (SOUTH DAKOTA), N.A.,
Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 825738

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 3, 2006.  On May 11, 2007, appellant
filed an agreed motion to dismiss the appeal because he no longer desires to
prosecute his appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 17,
2007.

Panel consists of Justices Yates, Edelman, and Seymore.